```
 1 | DANIEL H. BRUNNER
 2 | CHAPTER 13 TRUSTEE
   | P.O. Box 1513
 3 | Spokane, WA 99210-1513
 4 | (509) 747-8481
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SCOTT, TAMMY A

Case No. 07-03999-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $346.27, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| SCOTT, TAMMY A | 1533 OLIVE<br>WALLA WALLA, WA 99362 | $346.27 |

Dated: September 27, 2010

*/s/ Daniel H. Brunner*
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4875092    10-1-10    $346.27*